**STATE of Missouri, Respondent,**

v.

**Todd Edward GLASER, Appellant.**

No. 50087.

Missouri Court of Appeals,
Eastern District, Northern Division,
Division Two.

May 20, 1986.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
June 19, 1986.

L.R. Magee, Kansas City, for appellant.

Steven E. Raymond, Pros. Atty., Shelbyville, for respondent.

## ORDER

PER CURIAM.

Defendant, Todd Edward Glaser, appeals from his conviction, in a court tried case, of speeding, § 304.010, RSMo (Supp.1985), a misdemeanor. Defendant was sentenced to a fine. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).